# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 3:17-MJ-282

vs.

FREDERICK HOMER WHITE,           Magistrate Judge Michael J. Newman

    Defendant.

## TRANSFER AND COMMITMENT ORDER

This case came on to be heard pursuant to Fed. R. Crim. P. 5 (c)(3) and 40. Defendant was arrested in this District upon a warrant for arrest issued in the United States District Court for the Middle District of Tennessee, Case Number 3:17-98, charging the Defendant with a bank robbery. Defendant appeared in open Court on June 21, 2017, and June 26, 2017, and was advised of his rights to an Identity Hearing. Defendant did not waive his right to an Identity Hearing in this District, and the hearing was held on June 29, 2017. After hearing the testimony presented, including three witnesses, the Court finds by clear and convincing evidence that the Defendant is the same individual arrested for the charge outlined above.

The Court then heard oral argument from both sides on the issue of Detention and, having reviewed the report of pretrial services, detained Defendant pending his transfer to the Middle District of Tennessee.

**IT IS THEREFORE ORDERED** that the Defendant be detained by the U.S. Marshal and promptly removed to the United States District Court for the Middle District of Tennessee, where the charges are pending against him.

**TO THE UNITED STATES MARSHAL:** You are hereby commanded to take custody of the above named Defendant and to transport that Defendant with a certified copy of this commitment order forthwith to the district of offense as specified above and there deliver the Defendant to the United States Marshal for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 and 40 having been completed.

June 29, 2017

s/Michael J. Newman
Michael J. Newman
United States Magistrate Judge